

# Fourth Court of Appeals
## San Antonio, Texas

January 11, 2021

No. 04-20-00083-CV

Perla Ines **GUTIERREZ**,
Appellant

v.

Ruben Oscar **GUTIERREZ**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2018FLA000140-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

Appellee's brief was originally due December 9, 2020. Appellee's first motion for extension of time was granted, extending the deadline for filing the brief to January 8, 2021. On January 8, 2021, appellee filed a motion requesting an additional extension of time to file the brief until February 8, 2021, for a total extension of sixty days. After consideration, we **GRANT** the motion and **ORDER** appellee to file his/her brief **by February 8, 2021**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of January, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court